QUEENS PARK GARDENS, INC., Appellant, *v.* COUNTY OF NASSAU et al., Respondents.

Argued April 20, 1939; decided May 17, 1939.

790

▮▮▮▮ ▮▮▮▮
▮▮▮▮▮▮▮

*Ferdinand I. Haber, Herman Block, Francis Gilbert* and *Meyer Kraushaar* for appellant.

*James L. Dowsey, County Attorney (John J. Knob* and *J. Oakey McKnight),* for County of Nassau et al., respondents.

*Samuel M. Levy* for J. M. Cleminshaw Co. et al., respondents.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.